**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiff,*
Gregory S. Reichenbach

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| GREGORY S. REICHENBACH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH CAROLINA STUDENT LOAN CORPORATION,<br><br>Defendant. | **Case No.:** 3:14-cv-01509-JZ<br><br>**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* FOR ABBAS KAZEROUNIAN, ESQ.** |

///
///
///
///
///
///
///
///

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***      PAGE 1 OF 2

Plaintiff GREGORY S. REICHENBACH ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Abbas Kazerounian, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Abbas Kazerounian, which is incorporated herein by reference.

As established by the said Affidavit, Abbas Kazerounian (California Bar No.: 249203) is a member in good standing of the Courts to which he is admitted. Further, Abbas Kazerounian agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Abbas Kazerounian.

Dated: July 9, 2014                                KAZEROUNI LAW GROUP, APC

                                                   By: ___/s/ Abbas Kazerounian___
                                                       ABBAS KAZEROUNIAN, ESQ.
                                       ATTORNEY FOR PLAINTIFF GREGORY S. REICHENBACH

ADDITIONAL PLAINTIFFS' COUNSEL:

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626