David J. McGlothlin (SBN: 026059)
David@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

**[ADDITIONAL PLAINTIFFS' COUNSEL ON SIGNATURE LINE]**

Attorney for Plaintiff
Gregory Reichenbach

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| Gregory S. Reichenbach, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> South Carolina Student Loan Corporation, <br><br> Defendant. | Case No: 3:14-cv-01509-JZ <br><br> **MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE FOR DAVID J. MCGLOTHLIN, ESQ.** |

Plaintiff GREGORY S. REICHENBACH ("Plaintiff"), by and through Plaintiff's undersigned counsel, hereby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of David J. McGlothlin, so that he may appear and participate in this case.  The reasons supporting this Motion are more fully set forth in the attached Affidavit of David J. McGlothlin, which is incorporated herein by reference.

As established by the said Affidavit, David J. McGlothlin (California Bar No.: 253265 and Arizona Bar No.:026059) is a member in good standing of the Courts to which he is admitted.  Further, David J. McGlothlin agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting the admission *pro hac vice* of David J. McGlothlin.

Date: July 9, 2014                    **Hyde & Swigart**

By: ***/s/ David J. McGlothlin***
David J. McGlothlin
Attorneys for the Defendant

**ADDITIONAL PLAINTIFFS' COUNSEL:**

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Phoenix, Arizona