**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| GREGORY REICHENBACH, | ) | CASE NO.: 3:14 CV 1509 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| vs. | ) | |
| | ) | **MOTION BY DEFENDANT SOUTH** |
| | ) | **CAROLINA STUDENT LOAN** |
| SOUTH CAROLINA STUDENT LOAN | ) | **CORPORATION FOR ADMISSION** |
| CORPORATION, | ) | **PRO HAC VICE OF ERIC J. SIMONSON** |
| | ) | |
| Defendants. | | |

Defendant South Carolina Student Loan Corporation ("Defendant") moves this Court for an Order admitting foreign counsel *pro hac vice* as co-counsel in this action. Defendant requests that the following individual be admitted for purposes of appearance and participation in this action:

> Eric J. Simonson (LA Bar No. 21876)
> McGlinchey Stafford
> 12th Floor, 601 Poydras Street
> P.O. Box 60643
> New Orleans, LA 70160-0643
> Phone: (504) 596-2807
> Fax:    (504) 910-6870
> esimonson@mcglinchey.com

690645.2

1

The Affidavit of Mr. Simonson and the Supreme Court of Louisiana Certificate of Good Standing in support of this Motion are attached hereto as Exhibits "A" and "B".

A proposed order is attached for the Court's convenience.

                    Respectfully submitted,

                    *s/James S. Wertheim*
                    James S. Wertheim (0029464)
                    **McGlinchey Stafford PLLC**
                    25550 Chagrin Boulevard, Suite 406
                    Cleveland, Ohio 44122-4640
                    Telephone: (216) 378-9905
                    Facsimile:  (216) 378-9910
                    jwertheim@mcglinchey.com

                    Eric J. Simonson (LA Bar No. 21876)
                    *(obtaining pro hac admission)*
                    McGlinchey Stafford
                    12th Floor, 601 Poydras Street
                    P.O. Box 60643
                    New Orleans, LA  70160-0643
                    Phone: (504) 596-2807
                    Fax:    (504) 910-6870
                    esimonson@mcglinchey.com

                    *Counsel for Defendant*
                    *South Carolina Student Loan Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion by Defendant South Carolina Student Loan Corporation for Admission Pro Hac Vice of Eric J. Simonson* was filed electronically on October 1, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*s/James S. Wertheim*
James S. Wertheim

690645.2