**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (CA SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (CA SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (CA SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (CA SBN: 253265)
dmcglothlin@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Gregory S. Reichenbach

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| **GREGORY S. REICHENBACH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**SOUTH CAROLINA STUDENT LOAN CORPORATION,**<br><br>Defendant. | **Case No.:** 3:14 CV 1509<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JACK ZOUHARY** |

///

///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff GREGORY S. REICHENBACH ("Plaintiff") and Defendant SOUTH CAROLINA STUDENT LOAN CORPORATION ("Defendant") has been resolved.  The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff with Prejudice and the putative class members without Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after February 8, 2015 for filing a Joint Dismissal.

Dated: December 8, 2014                             Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By:  _/s Matthew M. Loker_____
                                             MATTHEW M. LOKER, ESQ.
                                             ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of December, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF Service which will provide copies to all counsel of record registered to receive CM/ECF in this action.

Dated: December 8, 2014                             Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By:  _/s Matthew M. Loker_____
                                             MATTHEW M. LOKER, ESQ.
                                             ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626