IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gregory S. Reichenbach,  Case No. 3:14 CV 1509

              Plaintiff,  DISMISSAL ORDER

   -vs-  JUDGE JACK ZOUHARY

South Carolina Student Loan Corporation,,

              Defendant.

Counsel represent that this case has resolved (Doc. 23). Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within forty-five (60) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of any settlement.

IT IS SO ORDERED.

                                                          s/ *Jack Zouhary*
                                                          JACK ZOUHARY
                                                          U. S. DISTRICT JUDGE

                                                          December 15, 2014