# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY S. REICHENBACH, | ) | CASE NO. 3:14-CV-01509 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| vs. | ) | |
| | ) | **JOINT MOTION TO DISMISS** |
| SOUTH CAROLINA STUDENT LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Gregory S. Reichenbach ("**Reichenbach**"), and Defendant, South Carolina Student Loan Corporation ("**SCSLC**"), represent to this Court that they have reached a full and final settlement of all claims that Reichenbach, in his individual capacity, asserted or could have asserted against SCSLC in this litigation. Therefore, Gregory S. Reichenbach and South Carolina Student Loan Corporation respectfully request that this Court enter a Dismissal, dismissing all of the claims asserted by Reichenbach, in his individual capacity, against SCSLC in this action, with prejudice, each party to bear its own costs. Further, Reichenbach and SCSLC respectfully request that this Court enter a Dismissal, without prejudice, of the claims that Reichenbach asserted in a representative capacity on behalf of the putative class members, as defined in the Complaint [Rec. Doc. No. 1].

1311380.1

WHEREFORE, Gregory S. Reichenbach and South Carolina Student Loan Corporation respectfully request that this case be dismissed, with prejudice, as to Gregory S. Reichenbach's individual claims and without prejudice to the claims of the putative class members, with the court retaining jurisdiction only as necessary to enforce the parties Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew M. Loker* | */s/ James S. Wertheim* |
| Matthew M. Loker (#0028874) | James S. Wertheim (#0029464) |
| Kazerouni Law Group, APC | McGlinchey Stafford, PLLC |
| 245 Fischer Avenue, Unit D1 | 25550 Chagrin Boulevard, Suite 406 |
| Costa Mesa, CA 92626 | Cleveland, Ohio 44122-4640 |
| Telephone: (800) 400-6808, Ext. 5 | Telephone: (216) 378-9905 |
| Facsimile: (800) 520-5523 | Facsimile: (216) 378-9910 |
| Email: ml@kazlg.com | Email: jwertheim@mcglinchey.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on 30th day of December 2014, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Ohio by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/ James S. Wertheim*
                                                James S. Wertheim (0029464)