IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY REICHENBACH, | ) | CASE NO.: 3:14 CV 1509 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| SOUTH CAROLINA STUDENT LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | | |

Considering the *Joint Motion to Dismiss*;

**IT IS HEREBY ORDERED** that the action is hereby dismissed, with prejudice, as to Gregory S. Reichenbach's individual claims and without prejudice to the claims of the putative class members, as defined in the Complaint [Rec. Doc. No. 1]. The Court will retain jurisdiction for the limited purpose of enforcing the Settlement Agreement reached between Gregory S. Reichenbach and South Carolina Student Loan Corporation.

1

**IT IS SO ORDERED**

January 5, 2015 /s/ Jack Zouhary
Date JUDGE JACK ZOUHARY